# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYMORE FORLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>15 LAGRANGE STREET CORPORATION, d/b/a THE GLASS SLIPPER, and DAVID ROMANO, an individual; and WILLIAM L BENNETT JR.<br><br>Defendants. | Civil Action No.<br>25-11444-FDS |

## ORDER

**SAYLOR, J.**

The Assented to Motion to Stay and Compel Arbitration (Dkt. No. 9) is GRANTED. It is hereby ORDERED that this matter is stayed pending arbitration of the claims related to plaintiff Symore Forland in accordance with the agreements signed by the parties. The Court retains jurisdiction over the matter. *See Smith v. Spizzirri*, 601 U.S. 472 (2024).

**So Ordered.**

Dated: October 16, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Court Judge